CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07-cv-03131
# Internal Use Only

Shafer v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Vanessa D Gilmore
Lead case: 4:07-cv-02002
Member cases:

- 4:07-cv-02393
- 4:07-cv-02397
- 4:07-cv-02399
- 4:07-cv-02400
- 4:07-cv-02402
- 4:07-cv-02405
- 4:07-cv-02408
- 4:07-cv-02411
- 4:07-cv-02414
- 4:07-cv-02416
- 4:07-cv-02419
- 4:07-cv-02421
- 4:07-cv-02422
- 4:07-cv-02423
- 4:07-cv-02424
- 4:07-cv-02425
- 4:07-cv-02427
- 4:07-cv-02630
- 4:07-cv-02631
- 4:07-cv-02633
- 4:07-cv-02634
- 4:07-cv-02635
- 4:07-cv-02637
- 4:07-cv-02638
- 4:07-cv-02766
- 4:07-cv-02767
- 4:07-cv-02903
- 4:07-cv-02919
- 4:07-cv-03120
- 4:07-cv-03123

Date Filed: 09/26/2007
Date Terminated: 10/30/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

4:07-cv-03125
4:07-cv-03126
4:07-cv-03130
4:07-cv-03131
4:07-cv-03133
4:07-cv-03249
4:07-cv-03250
4:07-cv-03306
4:07-cv-03307
4:07-cv-03308
4:07-cv-03309
4:07-cv-03310
4:07-cv-03311
4:07-cv-03312
4:07-cv-03313
4:07-cv-03314
4:07-cv-03444
4:07-cv-03445

Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: No cause code entered

**Plaintiff**

| | | |
|---|---|---|
| **Sharon A. Shafer** | represented by | **David Willis Alexander**<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926<br>Fax: 281-538-6292<br>Email: info@davidalexanderlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Davol, Inc.** | represented by | **D Mitchell McFarland**<br>Harrison Bettis et al<br>500 Dallas Street<br>Ste 2600<br>Houston, Tx 77002<br>713-843-7900<br>Fax: 713-843-7901<br>Email:<br>mitch.mcfarland@harrisonbettis.com<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3065928) filed by Sharon A. Shafer. (Attachments: # 1 Civil Cover Sheet Shafer, Sharon A.)(Alexander, David) (Entered: 09/26/2007) |
| 09/27/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/18/2008 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore.( Signed by Judge Vanessa D Gilmore ) (Attachments: # 1 Judge's Procedure) Parties notified.(mmapps, ) (Entered: 09/27/2007) |
| 10/10/2007 | | Summons Issued as to C. R. Bard, Inc., filed.(tcampbell, ) (Entered: 10/10/2007) |
| 10/10/2007 | | Summons Issued as to Davol, Inc., filed.(ltrevino, ) (Entered: 10/10/2007) |
| 10/10/2007 | 3 | MEMORANDUM AND ORDER Regarding Discovery Motions, Motions for Summary Judgment and Analogous Motions to Dismiss. ( Signed by Judge Vanessa D Gilmore ) Parties notified.(ypippin, ) (Entered: 10/11/2007) |
| 10/11/2007 | 4 | First CERTIFICATE OF INTERESTED PARTIES by Sharon A. Shafer, filed.(Alexander, David) (Entered: 10/11/2007) |
| 10/24/2007 | 5 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by all defendants, filed. Motion Docket Date 11/13/2007. (Attachments: # 1 Exhibit 1# 2 Proposed Order Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL) (McFarland, D) (Entered: 10/24/2007) |
| 10/30/2007 | 6 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 10/15/2007, answer due 11/5/2007, filed.(dhays, ) (Entered: 10/30/2007) |
| 10/30/2007 | 7 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 10/16/2007, answer due 11/5/2007, filed.(dbiagas, ) (Entered: 10/30/2007) |
| 10/30/2007 | 8 | ORDER ADMINISTRATIVELY CLOSING CASE, Case terminated on 10/30/2007.( Signed by Judge Vanessa D Gilmore ) Parties notified. (ypippin, ) (Entered: 10/30/2007) |
| 11/15/2007 | 9 | Interdistrict transfer to District of Rhode Island. Certified copy of transfer |

| | | |
|---|---|---|
| | | order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by FedEx, filed. (Attachments: # 1 MDL FWD Email) (kosborne, ) (Entered: 11/15/2007) |
| 11/15/2007 | 10 | JPML CONDITIONAL TRANSFER ORDER (7) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842.() (Attachments: # 1 Letter from Rhode Island) Parties notified. (kosborne, ) (Entered: 11/15/2007) |

**...UE COPY I CERTIFY**
**...TEST:**
**...CHAEL N. MILBY, CLERK**
**Deputy Clerk**